

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

<u>BY EMAIL</u>

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

            Re:    *United States v. Aleksandr Verner and Alexey Bilyuchenko,*
                     *19 Cr. 936*

Dear Judge Netburn:

      The Government respectfully requests that Indictment 19 Cr. 936 and the arrest warrants for defendants Aleksandr Verner and Alexey Bilyuchenko be unsealed and that the case be assigned to a district judge.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

          By:     /s/ Olga I. Zverovich
                     Olga I. Zverovich
                     Assistant United States Attorney
                     (212) 637-2514

SO ORDERED:

6/7/2023

_____
THE HONORABLE SARAH NETBURN UNITED
STATES MAGISTRATE JUDGE SOUTHERN
DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 07 2023