
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 15, 2020

**BY HAND**                                            **REQUEST TO FILE UNDER SEAL**

Honorable P. Kevin Castel, Part 1
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re:  *United States v. Aleksandr Verner and Alexey Bilyuchenko*, 19 Cr. 936

Dear Judge Castel:

  On December 30, 2019, defendants Aleksandr Verner and Alexey Bilyuchenko were charged in the above-referenced sealed Indictment, and arrest warrants were issued for each defendant. The defendants are believed to be outside the territory of the United States. The Government respectfully moves for the above-referenced Indictment and arrest warrants for Verner and Bilyuchenko to be unsealed for the limited purpose of providing certified copies of the Indictment and arrest warrants to the Government and disclosure of the Indictment, arrest warrants, and/or this Order, to and by law enforcement personnel, including U.S., foreign, and intergovernmental authorities and via the International Criminal Police Organization ("INTERPOL"), for use, at the discretion of the United States, in connection with efforts to locate, arrest, extradite, and/or prosecute the defendants.



USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:

The Government respectfully requests this letter and any resulting order be filed under seal.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *(signature)*

Olga I. Zverovich
Assistant United States Attorney
(212) 637-2514

*Application GRANTED.*

**SO ORDERED:**

*(signature)*

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

*Part I*